UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALEXANDER RICHARD CROWLEY,<br><br>                              Plaintiff,<br>    v.<br>NDOC, *et al.*,<br><br>                             Defendants. | Case No. 3:20-cv-00665-MMD-WGC<br><br>ORDER |

This action began with a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. (ECF No. 5.) Plaintiff Alexander Richard Crowley has submitted an application to proceed *in forma pauperis*, declaring that he is unable to pay the full $400 filing fee for a civil action.[1] (ECF No. 1.) Based on the financial information provided, the Court denies the application to proceed *in forma pauperis* and directs Crowley to pay the $400 filing fee in full before this case may proceed.

Crowley must pay the full filing fee of $400 on or before Friday, November 5, 2021, to proceed with this case. Alternatively, if Crowley's financial situation has changed, he may submit a new application to proceed *in forma pauperis* with an inmate account statement for the past six months and a properly executed financial certificate demonstrating his indigent status. After the Court makes a determination on the payment of the filing fee, the Court will issue an order on the matter of service.

It is therefore ordered that the application to proceed *in forma pauperis* (ECF No. 1) is denied.

It is further ordered that Crowley must pay the full filing fee of $400 to the Clerk of

---

[1] Because Crowley initiated this action prior to December 1, 2020, the full filing fee for a civil action is $400, which includes the $350 filing fee and $50 administrative fee.

Court on or before Friday, November 5, 2021, in order to proceed with this case.

Alternatively, if Crowley's financial status has changed, he must demonstrate his indigent status by submitting a new application to proceed *in forma pauperis* with an inmate account statement for the past six months and a properly executed financial certificate to this Court on or before Friday, November 5, 2021.

It is further ordered that, if Crowley fails to timely comply with this order, the Court will dismiss this case without prejudice.

DATED THIS 6th Day of October 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE